## SOUTHERN DISTRICT OF FLORIDA
UNITED STATES BANKRUPTCY COURT

FILED-USBC, FLS-F
'25 JUL 24 PM2:21
MW

In re:	)
	)
**STEPHANZ DRICE**	)	Case No. 25-18449-LMI
Debtor(s).	)
	)

### MOTION TO REDEEM PROPERTY
### AND NOTICE OF OBJECTION DEADLINE

The debtor(s) hereby move(s) the Court, pursuant to 11 U.S.C. 722, for an order permitting the debtor(s) to redeem an item of tangible personal property from a lien securing a dischargeable consumer debt.

- The item of personal property involved, which is intended primarily for personal, family, or household use, is **FORD MUSTANG**

- The debtor(s) originally purchased the property on and the original purchase price was (amount).

- The debtor(s) have obtained an appraisal; and believe(s) the fair market value of the property to be **1800**

- The security interest of ONE MAIN FINANCIAL in the property is a dischargeable consumer debt.

NOTICE: **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the motion, or if you want the court to consider your views on the motion, then the deadline for you or your attorney to file a written objection with the court explaining your position is **21 days** from the date of service. The date of service was   07/24/25
                                Date you file this form

If you were served by mail, your deadline for filing a written objection is extended three (3) additional days. Objections may be delivered by U.S. Mail, courier, overnight/express mail, or in person to the Clerk's office address shown below. If you mail your objection, you must mail it early enough so the court will receive it on or before the applicable deadline.

1

Address of Your Bankruptcy Court

If you or your attorney do not take these steps, the court may decide that you do not oppose an order authorizing the debtor(s) to redeem the property and may enter an order granting that relief.

WHEREFORE, the debtor(s) move(s) the Court for an order authorizing the debtor(s) to redeem property and granting such other relief as may be appropriate.

_____
Pro Se Debtor
(required signature block)